Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


## MEMORANDUM OPINION

No. 04-11-00729-CR

**IN RE** Jeffrey Lawrence **HALLIBURTON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
              Phylis J. Speedlin, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  October 26, 2011

PETITIONS FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On October 4, 2011, relator filed two petitions for writ of mandamus, seeking to compel the Texas Board of Pardons and Paroles to "vacate illegal order to participate in the (ISF) Intermediate Sanction Facility Program and continue supervision re-affirming existing special conditions." However, this court does not have jurisdiction over the Texas Board of Pardons and Paroles. By statute, this court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (West 2004). The writ is not directed at a judge of a district or county court, and it is not necessary to enforce our

---

[1] This proceeding arises out of Cause Nos. 94-07-00209-CRA & 04-95-00251-CR, in the 81st Judicial District Court, Atascosa County, Texas, the Honorable Donna S. Rayes presiding

jurisdiction. Accordingly, relator's petitions for writ of mandamus are dismissed for lack of jurisdiction.

Additionally, relator filed an Application for Leave to File Petition for Writ of Mandamus. No leave is required to file a petition for writ of mandamus in this court. TEX. R. APP. P. 52. Therefore, relator's motion for leave to file is DENIED as moot.

PER CURIAM

DO NOT PUBLISH